# United States District Court

**NORTHERN DISTRICT OF GEORGIA**

ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta
NOV 29 2006
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA
v.

JEREMIAH GENE RUSSELL

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:06-MJ-1479

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>November 15, 2006</u> in <u>Cherokee</u> County, in the Northern District of Georgia, the defendant did,

knowingly and willfully threaten to take the life of and inflict bodily harm upon the President of the United States,

in violation of Title <u>18</u> United States Code, Section(s) <u>871</u>.

I further state that I am a(n) Special Agent of the United States Secret Service and that this complaint is based on the following facts:

Please see attached affidavit.

Continued on the attached sheet and made a part hereof.    (X) Yes    ( ) No

_____
Signature of Complainant
ANDREW KULL

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

<u>NOVEMBER 29, 2006</u>    at    <u>ATLANTA, GEORGIA</u>
Date                              City and State

JANET F. KING
United States Magistrate Judge
Name and Title of Judicial Officer    Signature of Judicial Officer
AUSA CANDISS L. HOWARD 404/581-6000

AFFIDAVIT

I, Andrew Kull, being duly sworn, hereby state as follows:

1. I am a Special Agent (SA) with the Untied States Secret Service (USSS), and have been so employed since February 2003. I also held the position of Uniform Division Officer with the USSS from July 2001 to February 2003.

2. This affidavit is made in support of a complaint against and an arrest warrant for JEREMIAH GENE RUSSELL, date of birth May 5, 1976, SSN xxx xx 1838, for making threats to kill the President of the United States, in violation of Title 18, United States Code, Section 871.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described herein are related in substance and in part only.

4. On or about November 15, 2006 at approximately 1:03 p.m., the 911 emergency line was contacted by a public payphone at the Amoco Gas Station located at 1265 Highway 92, in Acworth, Cherokee County, Georgia. The caller stated, "This is Jeremiah Russell. I'm down here thinking about killing the President. So you all probably...want to make it happen...I'm trying, I'm trying myself...I was told by God... (911 Operator asks: Sir, where are you?) I'm where this phones at and I'm thinking about killing the President and I really mean it. I'm down here behind this store if y'all wanna come get me. (911 Operator asks: Are you behind an Amoco store:) I'm about to go its raining, its raining I'll see ya when you get here...See ya, bye."

5. Corporal Preston Peavy of the Cherokee County Sheriff's Office responded to the above location and made contact with Russell. Russell stated to Corporal Peavy that "...I wanna kill him, cause he's got an order on to kill me. He has an order to kill me and so I have no other position..."

6. On November 15, 2006, Corporal Peavy contacted your affiant about Russell's threats. Corporal Peavy said that Russell was willing to be transported to the Cherokee County Sheriff's Office for further interview.

7. On November 15, 2006 your affiant and SA Joey McGear, USSS interviewed Russell at the Cherokee County Sheriff's Office located at 100 Ridgemill Court, Acworth, Cherokee County, Georgia. Your affiant asked the subject about the call he had made to 911 and his statements to Corporal Peavy. Russell said that he said "I'm gonna kill the president...I'm gonna make sure it happens." Russell acknowledged that he knew it was against the law to threaten the President of the United States, and that he wanted to be charged with a crime. Russell said that he was not scared of prison. When asked why he wanted to kill the President, Russell stated that the

President was "raping children in Iraq." Russell went on to say that "the Holy Spirit told him that the United Nations was going to kill George Bush." Russell also stated "that if God or the Holy Spirit told him to kill, he would." Russell claimed association with F.O.L.K. (Follow Our Lord King), and the royal Rangers (a religious organization for school-age children.) Russell claims to have been voluntarily committed to several hospitals in Florida for mental problems.

8. Russell's criminal history shows that he was housed in the August State Medical Prison from May 31, 2001 until November 20, 2001.

9. Russell was admitted into Peachford Hospital on the evening of November 15, 2006. On November 24, 2006, Russell used a towel bar which he ripped from the wall to viciously attack and wound his roommate at that facility. Thereafter he was discharged and transferred to Georgia Regional Hospital/Atlanta.

FURTHER AFFIANT SAYETH NOT.